```
                                              FILED

                                           DEC 1 2 2017

                                        CLERK, U.S. DISTRICT COURT
                                       SOUTHERN DISTRICT OF CALIFORNIA
                                       BY            DEPUTY
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15CR2821-BAS |
| v. | **VERDICT** |
| RONALD GRUSD, GONZALO PAREDES, CALIFORNIA IMAGING NETWORK MEDICAL GROUP, WILLOWS CONSULTING COMPANY, | |
| Defendants. | |

**COUNT ONE** (conspiracy)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_\_ Not Guilty
\_\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_\_ Not Guilty
_X_ Guilty

**COUNT TWO** (Honest Services Mail Fraud regarding the November 10, 2014 check from Willows Consulting to Line of Sight)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
___ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
___ Not Guilty
___ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
___ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
___ Not Guilty
_X_ Guilty

**COUNT THREE** (Honest Services Mail Fraud regarding the January 30, 2015 request for payment for NCV procedure on Karla B.)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
___ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
___ Not Guilty
___ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
___ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
___ Not Guilty
_X_ Guilty

**COUNT FOUR** (Honest Services Mail Fraud regarding the February 27, 2015 request for payment for NCV procedure on Richard D.)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_ Not Guilty
\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_ Not Guilty
_X_ Guilty

**COUNT FIVE** (Honest Services Mail Fraud regarding the March 9, 2015 request for payment for MRI procedure on Luz S.)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_ Not Guilty
\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_ Not Guilty
_X_ Guilty

**COUNT SIX** (Honest Services Mail Fraud regarding the March 9, 2015 request for payment for MRI procedures on Maria V.)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_ Not Guilty
\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_ Not Guilty
_X_ Guilty

**COUNT SEVEN** (Honest Services Mail Fraud regarding the March 10, 2015 request for payment for MRI procedures on Maria V.)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_ Not Guilty
\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_ Not Guilty
_X_ Guilty

**COUNT EIGHT** (Honest Services Mail Fraud regarding the March 10, 2015 request for payment for MRI procedure on Javier F.)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_\_ Not Guilty
\_\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_\_ Not Guilty
_X_ Guilty

**COUNT NINE** (Honest Services Mail Fraud regarding the March 12, 2015 request for payment for shockwave procedure on Socorro C.)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_\_ Not Guilty
\_\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_\_ Not Guilty
_X_ Guilty

**COUNT TEN** (Honest Services Mail Fraud regarding the April 7, 2015 request for payment for NCV procedure on Sergio S.)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_\_ Not Guilty
\_\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_\_ Not Guilty
_X_ Guilty

**COUNT ELEVEN** (Honest Services Mail Fraud regarding the May 7, 2015 request for payment for NCV procedure on Alan B.)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_\_ Not Guilty
\_\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_\_ Not Guilty
_X_ Guilty

**COUNT TWELVE** (Honest Services Mail Fraud regarding the May 7, 2015 request for payment for NCV procedure on Ariel J.)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_\_ Not Guilty
\_\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_\_ Not Guilty
_X_ Guilty

**COUNT THIRTEEN** (Honest Services Mail Fraud regarding the May 7, 2015 request for payment for NCV procedure on Marco S.)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_\_ Not Guilty
\_\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_\_ Not Guilty
_X_ Guilty

**COUNT FOURTEEN** (Honest Services Mail Fraud regarding the June 1, 2015 request for payment for shockwave procedure on Jose R.)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_ Not Guilty
\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_ Not Guilty
_X_ Guilty

**COUNT FIFTEEN** (Honest Services Mail Fraud regarding the June 11, 2015 request for payment for NCV procedure on Hortencia R.)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_ Not Guilty
\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_ Not Guilty
_X_ Guilty

**COUNT SIXTEEN** (Honest Services Mail Fraud regarding the July 8, 2015 request for payment for NCV procedure on Karina S.)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_\_ Not Guilty
\_\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_\_ Not Guilty
_X_ Guilty

**COUNT EIGHTEEN** (Honest Services Wire Fraud regarding the March 1, 2015 email from A. Martinez to Defendant GONZALO PAREDES)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_\_ Not Guilty
\_\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_\_ Not Guilty
_X_ Guilty

**COUNT NINETEEN** (Honest Services Wire Fraud regarding the March 26, 2015 email from Defendant GONZALO PAREDES to A. Martinez)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
____ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
____ Not Guilty
____ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
____ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
____ Not Guilty
_X_ Guilty

**COUNT TWENTY** (Honest Services Wire Fraud regarding the May 7, 2015 email from Defendant GONZALO PAREDES to A. Martinez)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
____ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
____ Not Guilty
____ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
____ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
____ Not Guilty
_X_ Guilty

**COUNT TWENTY-THREE** (Health Care Fraud regarding the January 30, 2015 request for payment for NCV procedure on Karla B.)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_ Not Guilty
\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_ Not Guilty
_X_ Guilty

**COUNT TWENTY-FOUR** (Health Care Fraud regarding the February 27, 2015 request for payment for NCV procedure on Richard D.)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_ Not Guilty
\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_ Not Guilty
_X_ Guilty

**COUNT TWENTY-FIVE** (Health Care Fraud regarding the March 9, 2015 request for payment for MRI procedure on Luz S.)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_\_ Not Guilty
\_\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_\_ Not Guilty
_X_ Guilty

**COUNT TWENTY-SIX** (Health Care Fraud regarding the March 9, 2015 request for payment for MRI procedures on Maria V.)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_\_ Not Guilty
\_\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_\_ Not Guilty
_X_ Guilty

**COUNT TWENTY-SEVEN** (Health Care Fraud regarding the March 10, 2015 request for payment for MRI procedures on Maria V.)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_\_ Not Guilty
\_\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_\_ Not Guilty
_X_ Guilty

**COUNT TWENTY-EIGHT** (Health Care Fraud regarding the March 10, 2015 request for payment for MRI procedure on Javier F.)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_\_ Not Guilty
\_\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_\_ Not Guilty
_X_ Guilty

**COUNT TWENTY-NINE** (Health Care Fraud regarding the March 12, 2015 request for payment for shockwave procedure on Socorro C.)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_\_ Not Guilty
\_\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_\_ Not Guilty
_X_ Guilty

**COUNT THIRTY** (Health Care Fraud regarding the April 7, 2015 request for payment for NCV procedure on Sergio S.)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_\_ Not Guilty
\_\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_\_ Not Guilty
_X_ Guilty

**COUNT THIRTY-ONE** (Health Care Fraud regarding the May 7, 2015 request for payment for NCV procedure on Alan B.)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_\_ Not Guilty
\_\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_\_ Not Guilty
_X_ Guilty

**COUNT THIRTY-TWO** (Health Care Fraud regarding the May 7, 2015 request for payment for NCV procedure on Ariel J.)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_\_ Not Guilty
\_\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_\_ Not Guilty
_X_ Guilty

**COUNT THIRTY-THREE** (Health Care Fraud regarding the May 7, 2015 request for payment for NCV procedure on Marco S.)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_\_ Not Guilty
\_\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_\_ Not Guilty
_X_ Guilty

**COUNT THIRTY-FOUR** (Health Care Fraud regarding the June 1, 2015 request for payment for shockwave procedure on Jose R.)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_\_ Not Guilty
\_\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_\_ Not Guilty
_X_ Guilty

**COUNT THIRTY-FIVE** (Health Care Fraud regarding the request for payment for NCV procedure on Hortencia R. on or about June 11, 2015)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_ Not Guilty
_~~X~~_ Guilty  No VOTE
              Jurors 10

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_ Not Guilty
_X_ Guilty

**COUNT THIRTY-SIX** (Health Care Fraud regarding the July 8, 2015 request for payment for NCV procedure on Karina S.)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_ Not Guilty
\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_ Not Guilty
_X_ Guilty

**COUNT THIRTY-SEVEN** (violating the Travel Act regarding the November 7, 2014 email from A. Martinez to GONZALO PAREDES and a payment for services made the same day)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_\_ Not Guilty
\_\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_\_ Not Guilty
_X_ Guilty

**COUNT THIRTY-EIGHT** (violating the Travel Act regarding the November 25, 2014 email from A. Martinez to GONZALO PAREDES and a payment for services made on December 3, 2014, December 15, 2014, and December 17, 2014)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_\_ Not Guilty
\_\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_\_ Not Guilty
_X_ Guilty

**COUNT THIRTY-NINE** (violating the Travel Act regarding the December 17, 2014 exchange of emails between A. Martinez and R. Martinez and payments from their entities to S. Rigler on January 12, 2015)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_\_ Not Guilty
\_\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_\_ Not Guilty
_X_ Guilty

**COUNT FORTY** (violating the Travel Act regarding the March 2, 2015 text message from RONALD GRUSD to S. RIGLER and a meeting that took place between the GRUSD, PAREDES and S. Rigler on March 4, 2015, a payment was made on March 4, 2015, and payments from entities belonging to A. Martinez and R. Martinez to Dr. S. Rigler on March 6, 2015)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_\_ Not Guilty
\_\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_\_ Not Guilty
_X_ Guilty

**COUNT FORTY-ONE** (violating the Travel Act regarding the April 2, 2015 email caued to be sent by A. Martinez and R. Martinez to defendant GONZALO PAREDES and a payment made on April 6, 2015)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_ Not Guilty
\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_ Not Guilty
_X_ Guilty

**COUNT FORTY-TWO** (violating the Travel Act regarding the June 5, 2015 cellular phone call between RONALD GRUSD and S. Rigler and a payment made on July 16, 2015)

We, the jury in the above-captioned case, unanimously find defendant RONALD GRUSD:
\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant GONZALO PAREDES:
\_\_\_ Not Guilty
\_\_\_ Guilty

We, the jury in the above-captioned case, unanimously find defendant CALIFORNIA IMAGING NETWORK MEDICAL GROUP:
\_\_\_ Not Guilty
_X_ Guilty

We, the jury in the above-captioned case, unanimously find defendant WILLOWS CONSULTING COMPANY:
\_\_\_ Not Guilty
_X_ Guilty

**SO SAY WE ALL.**

DATED: 12/12/17

Juror 10
FOREPERSON OF THE JURY