**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 26 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-50196 |
| Plaintiff-Appellee, | D.C. No. 3:15-cr-02821-BAS |
| v. | Southern District of California, San Diego |
| RONALD GRUSD, | |
| Defendant-Appellant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-50197 |
| Plaintiff-Appellee, | D.C. No. 3:15-cr-02821-BAS |
| v. | Southern District of California, San Diego |
| CALIFORNIA IMAGING NETWORK MEDICAL GROUP, | |
| Defendant-Appellant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-50198 |
| Plaintiff-Appellee, | D.C. No. 3:15-cr-02821-BAS |
| v. | Southern District of California, San Diego |
| WILLOWS CONSULTING COMPANY, | ORDER |
| Defendant-Appellant. | |

DV/AppComm Direct Criminal

The court sua sponte consolidates appeal Nos. 18-50196, 18-50197, and 18-50198.  The previously established briefing schedule in appeal No. 18-50196 shall govern these consolidated appeals.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: David J. Vignol
Deputy Clerk
Ninth Circuit Rule 27-7