# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RONALD GRUSD (1),<br><br>　　　　Defendant. | Case No. 15cr2821-BAS<br><br>**PRELIMINARY ORDER OF CRIMINAL FORFEITURE** |

On December 12, 2017, a jury found Defendant RONALD GRUSD (1) guilty of the following counts of the Superseding Indictment returned against him: 1, 2-16, 18-20, 23-36, and 37-42 (docket 257).

On May 25, 2018, the United States filed a Motion for Preliminary Order of Forfeiture (docket 305), in which it sought forfeiture of the following:

　　(1) An amount not less than $83,911.78 in the real property located at 14655 Mulholland Drive, Los Angeles, California, legally described as:

　　Assessor's Parcel No. 2275-024-001

　　LOT NUMBER: 6; TRACT: 14524; CITY/MUNI/TWNSP: REGION/CLUSTER: 03/03172, BOOK 390, PAGE 14, CITY OF LOS ANGELES, COUNTY OF LOS ANGELES;

　　Owner of Record: Goslings, L.P., Ronald S. Grusd, General Partner, and

　　(2) A money judgment equal to the amount of proceeds obtained directly or indirectly from the commission of the offenses.

1    Defendant RONALD GRUSD was sentenced on June 18, 2018, with the
2  Forfeiture and Restitution Hearing deferred to August 8, 2018.  At the hearing, the
3  Court made findings and conclusions on the record as to Defendant RONALD
4  GRUSD and orally ordered the forfeiture, against only Defendant RONALD
5  GRUSD, which the Government sought in the form of equity in the real property and
6  proceeds Defendant RONALD GRUSD received from the offense, which findings
7  and forfeiture shall be included and incorporated as part of the judgment in this case.
8    Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:
9    1.  By virtue of the facts set forth at trial and in the findings of the Court,
10 the requisite nexus between the forfeitable property and the offense has been
11 established.
12   2.  By virtue of the guilty verdict and findings of this Court, the
13 United States is now entitled to possession of the forfeitable property, pursuant to
14 18 U.S.C. § 981 (a)(1)(C), 28 U.S.C. § 246l(c), and Rule 32.2(b) of the Federal Rules
15 of Criminal Procedure.
16   3.  The following asset, and all right, title, and interest of Defendant
17 RONALD GRUSD in it are hereby forfeited to the United States for disposition in
18 accordance with the law, pursuant to 18 U.S.C. § 981 (a)(1)(C) and 28 U.S.C. §
19 246l(c) and subject to the provisions of 21 U.S.C. § 853(n):

> The amount of $83,911 in proceeds from the real property located at 14655 Mulholland Drive, Los Angeles, California, legally described as:
>
> Assessor's Parcel No. 2275-024-001
>
> LOT NUMBER: 6; TRACT: 14524; CITY/MUNI/TWNSP: REGION/CLUSTER: 03/03172, BOOK 390, PAGE 14, CITY OF LOS ANGELES, COUNTY OF LOS ANGELES;
>
> Owner of Record: Goslings, L.P., Ronald S. Grusd, General Partner, and

4. The aforementioned forfeited $83,911 is to be held by the United States Marshals Service in its secure custody and control pending any further order of the Court.

5. In addition to forfeiture of the specific asset described above, Defendant RONALD GRUSD shall forfeit to the United States:

> A forfeiture amount for the proceeds Defendant received from his offense of conviction equal to the amount of proceeds obtained directly or indirectly from the commission of the offenses, i.e., $1,223,719.49,

which forfeiture is in favor of the United States against Defendant RONALD GRUSD, with interest to accrue thereon in accordance with 18 U.S.C. § 3612(f) and 28 U.S.C. § 1961.

6. Pursuant to Rule 32.2(b) and (c), the United States shall begin proceedings pursuant to statutory requirements pertaining to notice to, and ancillary hearings and rights of, third parties. The Court shall conduct ancillary proceedings upon the receipt of timely third party petitions filed with the Court and served upon the United States.

7. Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for thirty (30) consecutive days on the Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of the United States' intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the Defendant RONALD GRUSD, having or claiming a legal interest in the above-listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

- 3 -

15cr2821

8. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

9. The United States shall also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Preliminary Order of Criminal Forfeiture, as a substitute for published notice as to those persons so notified.  The United States shall provide direct written notice to Dr. Helen Grusd, Defendant RONALD GRUSD's wife.

10. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to 21 U.S.C. § 853(n) as to the aforementioned asset, in which all interests will be addressed.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED:

11. This Court shall retain jurisdiction in the case for the purpose of enforcing the Order of Forfeiture and collecting and enforcing the forfeiture.

12. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture is made final as to Defendant RONALD GRUSD as of his June 18, 2018 sentencing and is part of the sentence and included in the amended judgment.

13. Pursuant to Rule 32.2(b)(3) the United States may, at any time, conduct discovery the Court considers proper to identify, locate, or dispose of the specific property subject to forfeiture under this Order.

14. On the government's motion, the Court may at any time amend this Order of Forfeiture to include property that:

   (A) is subject to forfeiture under this Order of Forfeiture but was located and identified after this Order is entered; or

(B) is substitute property that qualifies for forfeiture under an applicable statute.

15. The United States may take any and all actions lawfully available to it to collect and enforce the forfeiture.

16. This Order shall remain enforceable only so long as the forfeiture ordered herein remains in force and all or any portion of the forfeiture remains unpaid or not deposited with the Clerk of the Court pursuant to an agreement between the United States and Defendant RONALD GRUSD.

**IT IS SO ORDERED.**

**DATED: August 20, 2018**

Hon. Cynthia Bashant
United States District Judge